UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KHANI SOLOCHEK,**

          **Plaintiff,**

          v.                        Case No. 20-CV-346

**AGAPE HOME HEALTH CARE LLC and**
**TRANAISE SCOTT,**

          **Defendants.**

---

## ORDER AND INJUNCTION

---

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of bona fide disputes arising out of the FLSA and Wisconsin wage and hour laws.

2. Pursuant to the parties' settlement agreement, the Court hereby enjoins the Defendants to deliver to Plaintiffs' Counsel within 30 days of the date of this Order the following settlement payments as provided by the Parties' Settlement Agreement:

| PAYABLE TO: | W2 PAYMENT AMOUNT: | 1099 PAYMENT AMOUNT: |
|---|---|---|
| Khani Solochek | $179.50 | $289.75 |
| Jennifer Ealy | $466.67 | $233.34 |
| LaShinna Wilson | $4,887.16 | $2,443.58 |
| Hawks Quindel, S.C. | - | $10,000.00 |

3. The case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs not otherwise provided for in the Settlement Agreement or this Order.

4. The Clerk shall enter judgment accordingly.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 9th day of November, 2020.

WILLIAM E. DUFFIN
U.S. Magistrate Judge